**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2361

JONATHAN BOLLS,

            Plaintiff - Appellant,

      v.

W. SCOTT STREET, III, Secretary of the Virginia Board of
Examiners,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    Robert E. Payne, Senior
District Judge. (3:10-cv-00550-REP)

Submitted: March 15, 2011          Decided: March 17, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan Bolls, Appellant Pro Se. Catherine Crooks Hill,
Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Bolls appeals the district court's orders dismissing Bolls' complaint for lack of jurisdiction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bolls v. Street</u>, No. 3:10-cv-00550-REP (E.D. Va. Nov. 5 & Dec. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>